# EXHIBIT A

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002221293 / 2020-08-23

Application Title: JANGLE VISION ORIGINAL FACE REVISED.

Title:             JANGLE VISION ORIGINAL FACE REVISED.

Description:       Electronic file (eService)

Copyright Claimant:
                   Jangle Vision, LLC, Transfer: By written agreement.

Date of Creation:  2015

Date of Publication:
                   2017-06-30

Nation of First Publication:
                   United States

Authorship on Application:
                   Claudia Diroma Messica; Citizenship: United States.
                      Authorship: 2-D artwork.

Rights and Permissions:
                   Samuel Bellahsen, (310) 755-1508, sambellasse@hotmail.com

Names:             Messica, Claudia Diroma
                   Jangle Vision, LLC

================================================================================
```