# EXHIBIT B

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0002261827 / 2020-09-07

Application Title: JANGLE VISION VIDEO.

Title:             JANGLE VISION VIDEO.

Description:       Electronic file (eService)

Copyright Claimant:
                   Jangle Vision, LLC, Transfer: By written agreement.

Date of Creation:  2017

Date of Publication:
                   2018-04-03

Nation of First Publication:
                   United States

Authorship on Application:
                   Claudia Diroma Messica; Citizenship: United States.
                      Authorship: entire motion picture.

Rights and Permissions:
                   Samuel Bellahsen, (310) 755-1508, sambellasse@hotmail.com

Names:             Messica, Claudia Diroma
                   Jangle Vision, LLC

================================================================================
```