JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANGLE VISION, LLC, | Case No. CV 21-6627-GW-Ex |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| ALEXANDER WANG INCORPORATED, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: December 28, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE